1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICIA GOMEZ,

Plaintiff,

v.

CEDAR OAKS APARTMENTS L.P.,
and M.D. ATKINSON COMPANY, INC.

Defendants.

No. 1:21-cv-00830-DAD-BAK (SKO)

[~~Proposed~~] **ORDER RE: JOINT STIPULATION MODIFYING SCHEDULING ORDER [Doc. 19]**

Temporary Magistrate Judge Referral: Hon. Sheila K. Oberto, U.S. Magistrate Judge, Bakersfield, CA

Upon the Joint Stipulation Regarding Modifying the Scheduling Order [Doc. 19] filed by Plaintiff Patricia Gomez and Defendants Cedar Oaks Apartments L.P. and M.D. Atkinson Company, Inc., and good cause appearing:

IT IS HEREBY ORDERED that the Joint Stipulation is GRANTED and the Scheduling Order [Doc. 10] is modified as follows:

| MATTER | [Proposed] New COURT ORDERED DATE |
|---|---|
| Initial Expert Disclosure & Report Deadline | 4-4-22 |
| Rebuttal Expert Disclosure & Report Deadline | 5-4-22 |
| **Discovery Deadlines:** | |
| Non-Expert: | 6-1-22 |
| Expert: | 7-19-22 |
| **Non-Dispositive Motion Deadlines**: | |
| Filing: | 6-20-22 |
| Hearing | 7-19-22 |
| **Dispositive Motion Deadlines**: | |
| Filing: | 8-2-22 |
| Hearing: | 9-6-22 |
| Settlement Conference: (Venue – 510 19th Street, Bakersfield, CA | 7-25-22 |
| Pre-Trial Conference | 11-7-22 |
| Trial | To be set at PTC |

IT IS SO ORDERED.

Dated:   **February 25, 2022**            /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE