UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CEDAR OAKS APARTMENTS L.P., and M.D. ATKINSON COMPANY, INC.<br><br>　　　　Defendants. | No. 1:21-cv-00830 DAD-BAK (SKO)<br><br>**ORDER RE: AMENDED JOINT STIPULATION MODIFYING SCHEDULING ORDER**<br><br>(Doc. 25)<br><br>Temporary Magistrate Judge Referral: Hon. Sheila K. Oberto, U.S. Magistrate Judge, Bakersfield, CA |

Upon the Amended Joint Stipulation Regarding Modifying the Scheduling Order filed by Plaintiff Patricia Gomez and Defendants Cedar Oaks Apartments L.P. and M.D. Atkinson Company, Inc. (Doc. 25), and good cause appearing:

IT IS HEREBY ORDERED that the case schedule (*see* Doc. 20) is MODIFIED as follows:

| MATTER | New COURT ORDERED DATE |
|---|---|
| **Dispositive Motion Deadlines**: | |
| Filing: | October 18, 2022 |
| Hearing: | December 6, 2022[1] |
| Settlement Conference: | November 30, 2022, at 10:00 A.M.[2] |
| Pre-Trial Conference | February 27, 2023, at 1:30 P.M.[3] |

IT IS SO ORDERED.

Dated:   **July 27, 2022**              /s/ *Sheila K. Oberto*
                               UNITED STATES MAGISTRATE JUDGE

---

[1] District Judge Drozd holds civil motion hearings at least five weeks after the filing deadline, on the first and third Tuesdays of the month.

[2] As the parties' stipulated deadline fell on Thanksgiving Day, the Settlement Conference was re-set on the Court's next available date and time.

[3] District Judge Drozd holds pretrial conferences at least ten weeks after the dispositive motion hearing deadline, on Mondays.