UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CEDAR OAKS APARTMENTS L.P., *et al*.<br><br>　　　　　Defendants. | Case No. 1:21-cv-00830-NODJ-CDB<br><br>ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY<br><br>(Doc. 45)<br><br>**<u>TWO-DAY DEADLINE</u>** |

On November 15, 2023, the parties filed a Notice of Settlement. (Doc. 44). The following day, the Court ordered the parties to file dispositional documents within 30 days or show cause before that date why additional time was necessary. (Doc. 45) (citing Local Rule 160(b)). As of the date of this Order, the parties have not filed dispositional documents, nor any alternative filing explaining the cause of their deficiency, nor any request for an extension, and the time to do so has passed.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions…within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cnty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED within two (2) days of entry of this Order, the parties shall show cause in writing why sanctions, including monetary sanctions or dismissal, should not be imposed for the parties' failure to file dispositional documents as ordered by the Court. In the alternative, the parties may comply with this Order by timely filing dispositional documents.

**Failure to comply with this order will result in the issuance of sanctions.**

IT IS SO ORDERED.

Dated: __December 19, 2023__            _____
                                          UNITED STATES MAGISTRATE JUDGE